

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OBDULIO RAMIREZ-URBANO,
a/k/a Oudulio Urbano Ramirez,

    Defendant.

No. CR 05-00306 RMW (RS)

ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161

This matter came before the Court on Thursday, June 9, 2005 for an initial appearance and status hearing in this division. Counsel for the government and the defendant were present. Based on the hearing and at the request of defense counsel, without objection from the government, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for continuity of counsel and for effective preparation, including reviewing discovery.

IT IS HEREBY ORDERED that this case is continued to June 27, 2005 at 9:00 a.m. for a status hearing before the Honorable Ronald M. Whyte.

IT IS FURTHER ORDERED that the period of time from June 9, 2005 through and including June 27, 2005 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: 6/10/05

RICHARD SEEBORG
United States Magistrate Judge



RECEIVED JUN -9 2005 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

FILED JUN 10 2005 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00306 RMW (RS) |
| Plaintiff, | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| v. | |
| OBDULIO RAMIREZ-URBANO, a/k/a Oudulio Urbano Ramirez, | |
| Defendant. | |

This matter came before the Court on Thursday, June 9, 2005 for an initial appearance and status hearing in this division. Counsel for the government and the defendant were present. Based on the hearing and at the request of defense counsel, without objection from the government, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for continuity of counsel and for effective preparation, including reviewing discovery.

IT IS HEREBY ORDERED that this case is continued to June 27, 2005 at 9:00 a.m. for a status hearing before the Honorable Ronald M. Whyte.

IT IS FURTHER ORDERED that the period of time from June 9, 2005 through and including June 27, 2005 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: 6/10/05

RICHARD SEEBORG
United States Magistrate Judge