UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OBDULIO RAMIREZ-URBANO,<br>a/k/a Oudulio Urbano Ramirez,<br><br>    Defendant. | No. CR 05-00306 RMW<br><br>ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |

This matter came before the Court for a status hearing on Monday, August 8, 2005. Counsel for the government and the defendant were present. Based on the hearing and at the request of the defendant, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant need additional time investigation and effective preparation.

IT IS HEREBY ORDERED that this case is continued to September 6, 2005 at 9:00 a.m. for a status hearing.

IT IS FURTHER ORDERED that the period of time from August 8, 2005 through and including September 6, 2005 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: 8/23/05

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

1. Copies to be served on:
2. MATTHEW A. LAMBERTI
   Assistant United States Attorney
3. 150 Almaden Boulevard, Suite 900
   San Jose, California 95113
4.
   JAY RORTY
5. Assistant Federal Public Defender
   160 W. Santa Clara Street, Suite 575
6. San Jose, California 95113